UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN K. JOHNSON,

    Plaintiff,

v.

ELDON VAIL, *et al*.,

    Defendants.

Case No. C08-5654FDB

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

This case has been referred to Magistrate Judge J. Kelley Arnold pursuant to 28 U.S.C. § 636(b)(1)(B). This matter comes before the court upon plaintiff's motion asking the court to strike defendants appearance and sanctions (Doc. 17). After reviewing plaintiff's motion, the pleadings made in support thereof, and the remaining record, the court finds and orders as follows.

(1) Plaintiff's motion is based on the erroneous belief that the U.S. Marshal served the Complaint in this matter immediately after the Court issued its order directing service. Plaintiff's motion was filed or submitted on the same date as this court issued a report and recommendation on Plaintiff's motion for default, in which the undersigned explained that the matter had not been sent or served by mail on or about January 14, 2009. For this reason and the same reasons specified in the report and recommendation to deny the motion for default, Plaintiff's current motion (Doc. 17) is DENIED as being moot.

(3) The clerk is directed to send copies of this Order to plaintiff and defendants' counsel.

Dated this 17th day of February, 2009

                      */s/ J. Kelley Arnold*
                      J. Kelley Arnold
                      United States Magistrate Judge

ORDER
Page - 1