UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN K. JOHNSON,

    Plaintiff,

v.

ELDON VAIL, *et al.*,

    Defendants.

Case No. C08-5654FDB

ORDER DENYING RECONSIDERATION

This Court adopted the Magistrate Judge's Report and Recommendation denying Plaintiff's motion for default on February 24, 2009. On February 18, 2009, in lieu of filing an answer, Defendants filed a motion to dismiss. On March 13, 2009 Plaintiff filed a Motion to Reconsider Default and Judgment and Strike Defense Motion/Order due to Conflict of Interest. Defendants have responded opposing reconsideration.

At the time of Plaintiff's motion for default, Defendants had filed a limited appearance, but none of the defendants had yet been served. Denial of default under the circumstances was appropriate, and reconsideration of the Order adopting the Report and Recommendation will be denied. Other relief requested by Plaintiff in his motion is inappropriate and must be denied.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion to Reconsider Default and Judgment and for other relief [Dkt. # 29] is DENIED.

DATED this 30th day of March, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1