# United States District Court
WESTERN DISTRICT OF WASHINGTON

BRIAN K. JOHNSON

JUDGMENT IN A CIVIL CASE

v.

ELDON VAIL, *et al.,*

CASE NUMBER: C08-5654FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendants motion to dismiss is GRANTED; and

Plaintiff's claims and causes of action are dismissed.

|  |  |
|---|---|
|    May 8, 2009    |    BRUCE RIFKIN    |
| Date | Clerk |
|  |  |
|  |    *s/CM Gonzalez*    |
|  | Deputy Clerk |